**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1432**

———————

MARESS BROWN,

             Plaintiff - Appellant,

        v.

RICK   MINICHBAUER,   Human   Resource   Manager,   K-Mart
Distribution   Center;   MATT   HENRY,   Supervisor,   K-Mart
Distribution Center,

             Defendants - Appellees.

———————

Appeal  from  the  United  States  District  Court  for  the  Middle
District  of  North  Carolina,  at  Greensboro.   James  A.  Beaty,  Jr.,
Senior  District  Judge.   (1:13-cv-00474-JAB-JEP)

———————

Submitted:  November 20, 2014      Decided:  November 24, 2014

———————

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Maress  Brown,  Appellant  Pro  Se.    Stephen  Douglas  Dellinger,
Molly  Mitchell  Shah,  LITTLER  MENDELSON  PC,  Charlotte,  North
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maress Brown appeals the district court's order dismissing his Title VII employment discrimination action because Brown did not (a) name a proper "employer," as that term is defined in 42 U.S.C. § 2000e(b) (2012); and (b) administratively exhaust his claims as to the two named Defendants. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Brown's informal brief does not challenge either basis for the district court's disposition, Brown has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED